IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                                                                                            ORDER

                      Plaintiff,

                                                                                               09-cv-504-bbc

      v.

JOE VERDEGEN, C.O. STEVENS and
JOHN DOES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a March 8, 2010 order, I granted plaintiff Walter Blanck leave to proceed on retaliation claims against defendants Joe Verdegen, Correctional Officer Stevens and John Doe inmate workers. Also in that order, I granted plaintiff's motion for appointment of counsel and stayed further proceedings in order to locate counsel for plaintiff.

      Christopher C. Davis and John C. Scheller, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these

1

attorneys to represent plaintiff extend to proceedings in this court only.[1]

Plaintiff should understand that because I am appointing counsel to represent him, he may no longer communicate directly with the court about matters pertaining to his case. He must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff will not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them, and he should understand that it is unlikely that this court will appoint another lawyer to represent him should plaintiff choose not to work with these appointed lawyers.

The court will schedule a status conference before United States Magistrate Judge Stephen Crocker, at which time a new schedule will be set for moving this case to resolution. Counsel should note that plaintiff will be required to submit an amended complaint to replace the current operative complaint, which is unfocused and would be extremely difficult for defendants to answer.

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

ORDER

IT IS ORDERED that Christopher C. Davis and John C. Scheller are appointed to represent plaintiff in this case. All proceedings in this case are STAYED pending a status conference to be held before United States Magistrate Judge Stephen Crocker, at which time a new schedule will be set for moving this case to resolution.

Entered this 15th day of June, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge