IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                       Plaintiff,

   v.

JOE VERDEGEN, C.O. STEVENS and
JOHN DOES,

                       Defendants.

MEMORANDUM

09-cv-504-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a June 15, 2010 order, I appointed Christopher C. Davis and John C. Scheller to represent plaintiff Walter Blanck in this case. After consulting with his lawyers, plaintiff has filed a notice of voluntary dismissal, stating that he has not yet fully exhausted his administrative remedies. Defendants have not yet filed an answer or motion to dismiss. Accordingly, under Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff's notice of voluntary dismissal is ACCEPTED and this case is DISMISSED without prejudice to plaintiff's refiling the case at a later date. The clerk of court is directed to close the case.

      Entered this 6th day of August, 2010.

                                                   BY THE COURT:
                                                   /s/
                                                   BARBARA B. CRABB
                                                   District Judge